UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | | |
|---|---|---|
| SELENA COULTER, | ) | |
| | ) | |
| Plaintiff, | ) | 3:20-CV-00023-DCLC |
| | ) | |
| vs. | ) | |
| | ) | |
| PANDORA JEWELRY, LLC and | ) | |
| PANDORA VENTURES, LLC, | ) | |
| | ) | |
| Defendants | | |

**ORDER**

This matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge [Doc. 3]. Plaintiff did not object to the Report and Recommendation.

In that Report and Recommendation, the Magistrate Judge recommends Plaintiff's Application to Proceed *in forma pauperis* [Doc. 1] be denied. Plaintiff indicated on her application her total monthly liabilities are $1,780 [Doc. 1, pg. 7], she has a $6,000 loan payable to "Knoxville TVA," [*id.* at pg. 6], and she has a nine-year-old daughter [*id.* at pg. 9]. Plaintiff also indicated her gross monthly household income is $5,850 [*Id.*]. Based on these numbers, the Magistrate Judge found the $400 filing fee will not impose an undue hardship on Plaintiff [Doc. 3, pg. 3]. Moreover, while the Magistrate Judge's Report and Recommendation was pending, Plaintiff paid the $400 filing fee, rendering her Application to Proceed *in forma pauperis* moot.

After careful consideration of the record as a whole and the Report and Recommendation of the United States Magistrate Judge, and for the reasons set out in that Report and Recommendation which are incorporated by reference herein, it is hereby **ORDERED** that the

1

Report and Recommendation [Doc. 3] is **ADOPTED**, and Plaintiff's Application to Proceed *in forma pauperis* [Doc. 1] is **DENIED**.

SO ORDERED:

s/ Clifton L. Corker
United States District Judge